# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Richard Lardner, )<br><br>Plaintiff-Relator, )<br><br>vs. )<br><br>SMITH & NEPHEW, INC., and METRO MEDICAL EQUIPMENT & SUPPLY, INC., )<br><br>Defendants. ) | Civil Action No. 2:17-cv-02013-JPM-egb<br><br>**STIPULATION CONSENTING TO COURT ORDER OF DISMISSAL** |

WHEREAS, on about January 15, 2020 (the "Effective Date"), Relator Richard Lardner ("Relator") and Defendants Smith & Nephew, Inc. ("Smith & Nephew") and Metro Medical Equipment & Supply, Inc. ("Metro Medical") entered into an Agreement and Release to resolve Relator's claims in the above-captioned action ("Agreement");

WHEREAS, the Relator and Defendants consent to this Court retaining jurisdiction over the enforcement of the Settlement Agreement and any related proceeding;

THE FOLLOWING IS HEREBY STIPULATED AND AGREED by Relator and Defendants, through their counsel:

1. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the federal False Claims Act, 31 U.S.C. § 3730(b)(l), and conditioned on the Government's forthcoming filing of Consent to the dismissal of the federal claims in the above-captioned action, the Relator and Defendants hereby

1

stipulate to the entry of an order of dismissal of the above-captioned action subject to the terms of the Agreement.

2. Promptly following the Government's filing of Consent to dismissal, the Parties will file a Proposed Order with the Court for the case to be dismissed with prejudice as to Relator.  As to the United States, the Proposed Order shall state the case is dismissed with prejudice as to the Covered Conduct pertaining to the transactions referenced in Exhibit C to the Settlement Agreement, and without prejudice as to all other matters. The Proposed Order shall also recognize that the Court retains jurisdiction with respect to the enforcement of the Agreement and any related proceeding.

Respectfully submitted this 14th day of February, 2020 by:

**HALUNEN LAW PLLC**

By: /s/ Gerald C. Robinson
Gerald C. Robinson
MN State Bar No. 0212787
Admitted *pro hac vice*
HALUNEN LAW PLLC
80 South Eighth Street, Suite 1650
Minneapolis, MN 55439
Telephone: (612) 605-4098
Facsimile: (612) 605-4099
robinson@halunenlaw.com

*Counsel for Relator Richard Lardner*

**REED SMITH LLP**

By: /s/ R. Jeffrey Layne
R. Jeffrey Layne
TX State Bar No. 00791083
Admitted *pro hac vice*
REED SMITH LLP
111 Congress Ave, Suite 400
Austin, TX 78701
Telephone: (512) 623-1821
Facsimile: (512) 623-1802
jlayne@reedsmith.com

*Counsel for Defendant Smith & Nephew, Inc.*

**STINSON LLP**

By: /s/ John R. Munich
John R. Munich, *Admitted Pro Hac Vice*
MO State Bar No. 29799
Benjamin D. Woodard, *Admitted Pro Hac Vice*
MO State Bar No. 66926
STINSON LLP
7700 Forsyth, Suite 1100
St. Louis, MO 63105
Telephone: (314) 863-0800
Facsimile: (314) 863-9388
John.munich@stinson.com
benjamin.woodard@stinson.com

*Counsel for Defendant Metro Medical Equipment and Supplies, Inc.*